FILED
EASTERN U.S. DISTRICT COURT
EASTERN DISTRICT ARKAN.
JUL 0 1 2005
JAMES W. McCORMACK
BY: _____, CL
DEP CL

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DERRICK RICE**                                     **PLAINTIFF**

**v.**                         **CASE NO. 3:04-CV-404**

**DOLLAR GENERAL CORPORATION**               **DEFENDANT**

## ORDER

Presently before the Court is the Plaintiff's Application to Proceed *In Forma Pauperis*. Upon considering an application to proceed *in forma pauperis*, the Court "shall dismiss the case at any time if the court determines that-- (A) the allegation of poverty is untrue; or (B) the action or appeal-- (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C.A. § 1915(e)(2).

Here, Plaintiff seeks damages in the amount of $1,700,000.00 for addiction caused by a product sold by Defendant and for anxiety and trauma. Plaintiff alleges that he suffered from cold symptoms, and went to Defendant's store to buy cold medicine. Plaintiff alleges that upon use of this cold medicine, he experienced a relief of cold symptoms and a sense of euphoria. Plaintiff allegedly returned to the store to purchase more cold medication on several subsequent occasions, and that the purchased cold medication continued to provide Plaintiff with the same relief and euphoria. Plaintiff claims that over time, he became addicted to the cold medication to the point of ingesting 30 tablets of the medication.

Considering the facts alleged by the Plaintiff, the Court finds that the Complaint fails to state a claim upon which relief may be granted against Defendant. Assuming the facts as alleged to be true, the Court sees no circumstances under which liability may be imputed to the Defendant for the addiction and damages alleged by Plaintiff.

- 1 -

IT IS THEREFORE ORDERED that the Application to Proceed *In Forma Pauperis* (Dkt. #1) be, and it is hereby, DENIED.

IT IS FURTHER ORDERED that pursuant to 28 U.S.C.A. § 1915(e)(2)(B), the Complaint be, and it is hereby, DISMISSED.

Dated this __28th__ day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE